Air Plus Surgical Supply, Inc. v Country Wide Ins. Co.
2026 NY Slip Op 50809(U)
May 22, 2026
Appellate Term, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This opinion is uncorrected and will not be published in the printed Official Reports.

Digest-Index Classification: Interest—Computation--Statutory No-Fault Interest

Air Plus Surgical Supply, Inc., as Assignee of Chi Le, Appellant,
v
Country Wide Insurance Company, Respondent.

Supreme Court, Appellate Term, Second Department, 2d, 11th And 13th Judicial Districts
Decided on May 22, 2026
2025-197 Q C
Present: : Chereé A. Buggs, J.P., Wavny Toussaint, Karen Lin, JJ

Glinkenhouse Queen, Esqs. (Alan Queen of counsel), for appellant.
Thomas Torto, for respondent.

Appeal, on the ground of inadequacy, from a judgment of the Civil Court of the City of New York, Queens County (David M. Hawkins, J.), entered January 7, 2025. The judgment, insofar as appealed from, upon awarding plaintiff the principal sum of $512.50 pursuant to a stipulation of settlement, failed to award statutory compounded no-fault interest. The appeal from the judgment brings up for review an order of the same court dated August 1, 2018 denying plaintiff's motion to recalculate the statutory no-fault interest using a compound, not simple, rate and, sua sponte, tolling the accrual of all such interest.
[*1]
ORDERED that the judgment, insofar as appealed from, is reversed, with $30 costs, the August 1, 2018 order denying plaintiff's motion to recalculate the statutory no-fault interest using a compound, not simple, rate and, sua sponte, tolling the accrual of all such interest is vacated, plaintiff's motion is granted, and the matter is remitted to the Civil Court for the entry of a new judgment in accordance with this decision and order.
For the reasons stated in Berenblit v Country Wide Ins. Co. (85 Misc 3d 135[A], 2025 NY Slip Op 50487[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2025]), the judgment, insofar as appealed from, is reversed, the August 1, 2018 order denying plaintiff's motion to recalculate the statutory no-fault interest using a compound, not simple, rate and, sua sponte, tolling the accrual of all such interest is vacated, plaintiff's motion is granted, and the matter is remitted to the Civil Court for the entry of a new judgment in accordance with this decision and order.
BUGGS, J.P., TOUSSAINT and LIN, JJ., concur.
ENTER:
Jennifer Chan
Chief Clerk
Decision Date: May 22, 2026